# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARMAYNE PATRICIA MADDY,** | : | |
| Petitioner | : | |
| v. | : | CIVIL ACTION NO. 3:18-CV-1436 |
| **MERLE EBBERT, ESQ.,** | : | (Judge Caputo) |
| **CUMBERLAND COUNTY DISTRICT ATTORNEY, ET AL.,** | : | |
| Respondents | : | |

# O R D E R

**AND NOW**, this **23rd** day of **JANUARY 2019**, it is **ORDERED** that:

1. The petition for writ of habeas corpus (ECF No. 1) filed by John Williams on behalf of Charmayne Maddy is dismissed.

2. The Clerk of Court shall forward a copy of this Order to Atty. Nathan Charles Wolf of Carlisle, Pennsylvania.

3. The Clerk of Court is directed to close this case.

                                                                         /s/ A. Richard Caputo  
                                                                         **A. RICHARD CAPUTO**  
                                                                         **United States District Judge**